### 28785. JOHNSON *v.* THE STATE.

MacINTYRE, J. The evidence amply authorized the verdict finding the defendant guilty of violating the lottery laws of this State, and none of the grounds of the certiorari disclose reversible error.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED FEBRUARY 1, 1941.

*C. G. Battle,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.